TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
DAMON A. THAYER (Cal. Bar No. 258821)
Assistant United States Attorney
   Federal Building, Suite 7516
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-6585
   Facsimile: (213) 894-7819
   E-mail: damon.thayer@usdoj.gov

Attorneys for Defendant
United States of America

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JESUS HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | No. CV 20-3014 DSF (JCx)<br><br>**STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE**<br><br>Honorable Dale S. Fischer<br>United States District Judge |

Plaintiff Jesus Hernandez has agreed to dismiss this action with prejudice and, in exchange, defendant United States of America has agreed to waive costs. As such, the parties, through their undersigned counsel, hereby submit this stipulation to the Court.

IT IS HEREBY STIPULATED AND AGREED that this action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties waive costs.

Dated: September 14, 2021

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

*/s/ Damon A. Thayer*
DAMON A. THAYER
Assistant United States Attorney

Attorneys for Defendant
United States of America

Dated: September 14, 2021

MAHO & PRENTICE, LLP

*/s/ Chad Prentice*
CHAD PRENTICE
SAMANTHA BALDWIN
    *Per 9/14/2021 Email Authorization*

Attorneys for Plaintiff
Jesus Hernandez

Dated: September ___, 2021

_____
JESUS HERNANDEZ
Plaintiff

Plaintiff Jesus Hernandez has agreed to dismiss this action with prejudice and, in exchange, defendant United States of America has agreed to waive costs. As such, the parties, through their undersigned counsel, hereby submit this stipulation to the Court.

IT IS HEREBY STIPULATED AND AGREED that this action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties waive costs.

Dated: September ___, 2021      TRACY L. WILKISON
                                Acting United States Attorney
                                DAVID M. HARRIS
                                Assistant United States Attorney
                                Chief, Civil Division
                                JOANNE S. OSINOFF
                                Assistant United States Attorney
                                Chief, General Civil Section

                                /s/ Damon A. Thayer
                                DAMON A. THAYER
                                Assistant United States Attorney

                                Attorneys for Defendant
                                United States of America

Dated: September ___, 2021      MAHO & PRENTICE, LLP

                                /s/ Chad Prentice
                                CHAD PRENTICE
                                SAMANTHA BALDWIN
                                    *Per 9/__/2021 Email Authorization

                                Attorneys for Plaintiff
                                Jesus Hernandez

Dated: September ___, 2021      [signature: Jesus Hernandez]
                                JESUS HERNANDEZ
                                Plaintiff

2